**Order entered January 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01283-CV

## IN THE INTEREST OF L.S.J., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-12980-Z**

## ORDER

The Court has before it appellant's December 24, 2012 unopposed motion for leave to file her first amended opening brief. The Court **GRANTS** the motion and **ORDERS** that the amended brief tendered by appellant on December 24, 2012 be timely filed as of today's date.

/s/  MOLLY FRANCIS
    JUSTICE